US District Court
California Northern District (San Jose)

In the Matter of:

Antonelli, Chi, Elam, Foronda, Lopez, )
                                      ) Docket No. CV 113874-EJD
       Plaintiff, )

  vs.

David L Meyer,

       Defendant

To: Honorable Judge Edward J Davila

PROPOSED ORDER

    THIS MATTER came on upon the Motion of David L Meyer for an extension of time in which to file an Answer;

    AND IT APPEARING that the Motion should be granted for the reasons stated therein; it is hereby that David L Meyer shall file their Answer to the Complaint on or before October 6, 2011.

Dated: September 15, 2011

_____
Honorable Judge Edward J Davila
United States District Judge

[Summary of pleading] - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of Motion for Extension of Time in Which to File Answer was sent by hand delivery this 2nd day of September, 2011, to:

The Honorable Judge Edward J Davila
280 South 1st Street
Room 2112
San Jose, CA 95113

AND

Audet & Partners, LLP
C/O: Joshua Caleb Ezrin
Senior Counsel
221 Main Street
Suite 1460
San Francisco, CA 94105

David L Meyer, Defendant