IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYSTAL ANTONELLI, et. al., | CASE NO. 5:11-cv-03874 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE FINISH LINE, INC., et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 25), the court finds a Case Management Conference would be premature at this time. Accordingly, the conference scheduled for November 4, 2011, is VACATED. The court will address case management and further scheduling issues at the time it issues its decision on Defendant's Motion to Compel Arbitration. See Docket Item No. 13.

**IT IS SO ORDERED.**

Dated: November 2, 2011

_____
EDWARD J. DAVILA
United States District Judge