Joshua C. Ezrin (CA State Bar #220157)
jezrin@audetlaw.com
Mariana S. Cole (CA State Bar #269939)
mcole@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568-2555
Facsimile: 415.568.2556

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CRYSTAL ANTONELLI, ANNY CHI, ALISHA ELAM, ANALYNN FORONDA, and KAREN LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FINISH LINE, INC., and DAVID MEYER,<br><br>Defendants. | CASE NO. 5:11-CV-03874 (EJD)<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' FIRST AMENDED COMPLAINT** |

WHEREAS, the original Complaint in the above-captioned case was filed in this Court on August 8, 2011;

WHEREAS, Defendant The Finish Line, Inc. filed a Motion to Compel Arbitration on September 2, 2011;

WHEREAS, Defendant David Meyer filed an Answer in this matter, after being granted an extension by the Court, on October 6, 2011;

WHEREAS, the Court denied Defendant The Finish Line, Inc.'s Motion to Compel Arbitration and issued a scheduling Order on February 16, 2012;

WHEREAS, Plaintiffs inadvertently filed a First Amended Complaint on February 24, 2012;

WHEREAS, the First Amended Complaint was mistakenly filed and the Parties have agreed to stipulate to withdraw the First Amended Complaint.

IT IS HEREBY STIPULATED THAT Plaintiffs First Amended Complaint (Docket No. 36) shall be withdrawn from the Docket in the above-captioned action.

IT IS SO STIPULATED.

Dated: February 27, 2012     AUDET & PARTNERS, LLP

/s/
Joshua C. Ezrin
Attorneys for Plaintiffs

Dated: February 27, 2012     MCGUIRE WOODS

/s/
Susan L. Germaise
Attorneys for Finish Line, Inc.

Dated: February 27, 2012     PRO SE

/s/
David Meyer
Defendant

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

Docket Item No. 36 is stricken and the Clerk shall remove it from the docket.

Dated: February 29, 2012

Hon. Edward J. Davila