IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYSTAL ANTONELLI, ANNY CHI, ALISHA ELAM, ANALYNN FORONDA, and KAREN LOPEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVID MEYER,<br><br>    Defendant. | CASE NO. 5:11-CV-03874 (EJD)<br><br>[PROPOSED] JUDGMENT AWARDING DAMAGES AGAINST DEFENDANT DAVID MEYER |

Pursuant to the Court's Order, dated September 30, 2014 (Docket No. 93), final judgment is hereby entered against Defendant David Meyer for violating the California Constitution Art. I. § 1; California Civil Code § 1708.8; common law invasion of privacy; negligence; negligent infliction of emotional distress; and intentional infliction of emotional distress for videotaping Crystal Antonelli, Anny Chi, Alisha Elam, Analynn Foronda, and Karen Lopez (collectively "Plaintiffs"), without their consent in the course and scope of his employment as Plaintiffs' store manager in the restroom of the Finish Line retail store in Milpitas, California.

IT IS ORDERED that damages for past and future emotional distress, as well as past and future economic damages, are awarded to Plaintiffs as follows:

1. Plaintiff Antonelli is awarded $225,000 for past emotional distress, $100,000 for future emotional distress, $2,000 for past therapy expenses, $45 for past mileage expenses, $2,000 for 2013 future therapy expenses, $4,000 for each of 2014, 2015, and 2016 future therapy expenses, $79 for 2013 future mileage expenses, and $158 for each of 2014, 2015, and 2016 future mileage expenses.

2. Plaintiff Chi is awarded $250,000 for past emotional distress, $100,000 for future emotional distress, $6,400 for past therapy expenses, $172 for past mileage expenses, 2,000 for 2013 future therapy expenses, $4,000 for each of 2014, 2015, and 2016 future therapy expenses, $56 for 2013 future mileage expenses, and $112 for each of 2014, 2015, and 2016 future mileage expenses.

3. Plaintiff Elam is awarded $250,000 for past emotional distress, $100,000 for future emotional distress, $2,900 for past therapy expenses, $92 for past mileage expenses, $2,000 for 2013 future therapy expenses, $4,000 for each of 2014, 2015, and 2016 future therapy expenses, $80 for 2013 future mileage expenses, and $160 for each of 2014, 2015, and 2016 future mileage expenses.

4. Plaintiff Foronda is awarded $200,000 for past emotional distress, $100,000 for future emotional distress, $600 for past therapy expenses, $23 for past mileage expenses, $2,000 for 2013 future therapy expenses, $4,000 for each of 2014, 2015, and 2016 future therapy expenses, $82 for 2013 future mileage expenses, and $164 for each of 2014, 2015, and 2016 future mileage expenses.

5. Plaintiff Lopez is awarded $250,000 for past emotional distress, $100,000 for future emotional distress, $4,600 for past therapy expenses, $184 for past mileage expenses, $2,000 for 2013 future therapy expenses, $4,000 for each of 2014, 2015, and 2016 future therapy expenses, $83 for 2013 future mileage expenses, and $166 for each of 2014, 2015, and 2016 future mileage expenses.

1  Each of the above-referenced awards is subject to interest in the amount of 7% per
2  annum since August 8, 2011.
3  IT IS SO ORDERED.
   The Clerk shall close this file.
4
5  Dated: October 10, 2014

   The Honorable Edward J. Davila
   United States District Court Judge